# MAXIM MAXIMOV, LLP

### ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

*[Handwritten annotation: Plaintiff's application is denied without prejudice, as plaintiff fails to address whether he sought and obtained defendant's consent to the request.]*

November 7, 2012

*SO ORDERED:*
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 11/8/12

**VIA ECF**
Honorable Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   Civil Action No. CV-12-003373
      Moshe Hershkowitz v. United Collection Bureau, Inc.

Dear Honorable Magistrate Judge Roanne L. Mann:

I represent the Plaintiff in the above-referenced matter.

A Class Action Complaint has been filed on July 6, 2012 with this honorable court. On August 9, 2012, Your Honor scheduled an Initial Status Conference for October 1, 2012. On September 27, 2012, I filed a letter motion requesting an adjournment of the conference. Your Honor granted the motion and adjourned the conference to November 8, 2012. On November 5, 2012, I filed a second letter motion requesting an adjournment of the conference. Your Honor granted the motion and adjourned the conference to December 7, 2012.

The Defendant, United Collection Bureau, Inc. has retained counsel – Barry Jacobs and Shari D. Sckolnick of Abrams, Gorelick, Friedman & Jacobson, P.C. The firm has filed a Notice of Appearance, Corporate Disclosure Statement and an Answer.

Due to firm error, we inadvertently failed to file a Summons at the time that we filed the Class Action Complaint. It is our understanding that a Summons can only be issued within 120 days of the filing of the Class Action Complaint (i.e., November 6, 2012).

Our firm has held a meeting with our attorneys and support staff. We have implemented new guidelines and procedures in an effort to prevent this situation from ever occurring in the future. We are sincerely apologetic to this honorable court and to Your Honor for consuming

time on this issue and we assure you that our restructuring will eliminate such issues from ever occurring in the future. We kindly ask that Your Honor allow a Summons to be issued by the Clerk of the Court and for us to be afforded the opportunity of properly serving the Summons and Class Action Complaint on the defendant.

Thank you for your courtesies and for your time and attention to this matter.

Very truly yours,

/s/

Maxim Maximov, Esq.